```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 44681
    JESSIE L RILEY
    BENITA RILEY                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-4329     SSN XXX-XX-7745


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/06/2004 and was confirmed 04/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.24% from remaining funds.

     The case was paid in full 01/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
UNIVERSITY ANESTHESIOLOG  UNSECURED             37.40           .00            10.93
ROUNDUP FUNDING LLC       SECURED             6175.00         484.23         6175.00
ROUNDUP FUNDING LLC       UNSECURED OTH       8974.98           .00          2627.34
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE       1185.86           .00          1185.86
FIRST MIDWEST BANK        SECURED NOT I    NOT FILED            .00             .00
FIRST MIDWEST BANK        UNSECURED          23562.44           .00          6888.48
ILLINOIS DEPT OF REVENUE  UNSECURED OTH       1045.93           .00           304.92
AFFILIATED RADIOLOGISTS   UNSECURED        NOT FILED            .00             .00
AMERICAN FAMILY INSURANC  UNSECURED        NOT FILED            .00             .00
ANTHONY J TISONCIK DDS    UNSECURED        NOT FILED            .00             .00
BENEFICIAL                UNSECURED        NOT FILED            .00             .00
BUDS AMBULANCE SERVICE    UNSECURED OTH        186.00           .00            54.22
CONSULTANT IN PATHOLOGY   UNSECURED        NOT FILED            .00             .00
DESERT RADIOLOGIST        UNSECURED        NOT FILED            .00             .00
DONALD T NORWOOD          UNSECURED        NOT FILED            .00             .00
LANSING POLICE & FIRE     UNSECURED        NOT FILED            .00             .00
LIFETIME MEDICAL ASSOC    UNSECURED        NOT FILED            .00             .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED            .00             .00
RUSH PRESBYTERIAN HOSPIT  UNSECURED        NOT FILED            .00             .00
RUSH PRESB EMERGENCY SVC  UNSECURED        NOT FILED            .00             .00
RUSH PRES ST LUKES MEDIC  UNSECURED        NOT FILED            .00             .00
RUSH UNIVERSITY MEDICAL   NOTICE ONLY      NOT FILED            .00             .00
RUSH PRESBYTERIAN ST LUK  UNSECURED        NOT FILED            .00             .00
SPRINT                    UNSECURED        NOT FILED            .00             .00
SURGICAL CONSULTANTS LTD  UNSECURED        NOT FILED            .00             .00
UNION ACCEPTANCE          UNSECURED        NOT FILED            .00             .00
UNITED COLLECTION BUREAU  UNSECURED OTH         26.20           .00             5.24
DEBRA J VORHIES LEVINE    DEBTOR ATTY        2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                           1,163.78
DEBTOR REFUND             REFUND                                               10.28


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 44681 JESSIE L RILEY & BENITA RILEY
```

Summary of Receipts and Disbursements:

```
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    21,610.28

PRIORITY                                             .00
SECURED                                         7,360.86
    INTEREST                                      484.23
UNSECURED                                       9,891.13
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,163.78
DEBTOR REFUND                                      10.28
                         ---------------     ---------------
TOTALS                     21,610.28            21,610.28
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE